**Order filed November 3, 2022.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00557-CV**

_____

## BRAZORIA CIVIC CLUB, Appellant

## V.

## BRAZORIA COUNTY APPRAISAL DISTRICT, Appellee

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 117254-CV**

# O R D E R

Appellant's brief was due October 27, 2022**.** No brief or motion for extension of time from that deadline has been filed.

Accordingly, we order appellant to file a brief with this court within twenty (20) days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Poissant and Wilson.